**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Guevara, Patricia Edens**                                CASE NO 25-43319-MXM-13

                                                                                CHAPTER **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date     **09/12/2025**          Signature            **/s/ Patricia Edens Guevara**
                                                                    Patricia Edens Guevara, Debtor

Belair Dental
345 N. Belair Road
Evans, GA 30809

HRRG
PO Box 5406
Cincinnati, OH 45273

Ovation Services
Po Box 100350
San Antonio, TX 78201-1650

Progressive Insurance
300 N. Commons Blvd.
Cleveland, OH 44143

Tarrant County Tax Assesor/Collector
Ron Wright, CTA
PO Box 961018
Fort Worth, TX 76161-0018

Verizon Wireless
Attn: Verizon Bankruptcy
500 Technology Dr Ste 500
Weldon Springs, MO 63304